UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SYED K. RAFI, Ph.D. | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:18-CV-00635-AWT |
| vs. | : | |
| | : | |
| YALE UNIVERSITY SCHOOL OF MEDICINE, | : | |
| RICHARD P. LIFTON, M.D., | : | |
| ALLEN E. BALE, M.D., | : | |
| BRIGHAM AND WOMEN'S HOSPITAL, | : | |
| CYNTHIA C. MORTON, PhD., and | : | |
| HARVARD UNIVERSITY MEDICAL SCHOOL | : | |
| | : | |
| Defendants | : | OCTOBER 31, 2019 |

**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Pursuant to Local Rule 7(b), the defendants, Yale University School of Medicine, Richard P. Lifton, M.D., and Allen E. Bale, M.D., hereby move for a fourteen (14) day extension of time, up to and including November 13, 2019, within which the defendants may answer or otherwise respond to the plaintiff's third amended complaint. (ECF 52.) The defendants require this brief extension to prepare its response to the plaintiff's third amended complaint. Permitting the defendants until November 13, 2019 to file a responsive pleading will not unnecessarily delay judgment in this matter nor will it unduly prejudice the plaintiff. This is the defendants' first request for an extension of time to respond to the third amended complaint. The plaintiff objects to this motion.

WHEREFORE, the defendants respectfully request that the Court grant this Motion for Extension of Time.

THE DEFENDANTS,
YALE UNIVERSITY SCHOOL OF
MEDICINE, RICHARD P. LIFTON, M.D.,
and ALLEN E. BALE, M.D.

BY:  /s/ Patrick M. Noonan (#ct00189)
Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan