UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SYED K. RAFI, Ph.D. | : | |
| | : | |
|    Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:18-CV-00635-AWT |
| vs. | : | |
| | : | |
| YALE UNIVERSITY SCHOOL OF MEDICINE, | : | |
| RICHARD P. LIFTON, M.D., | : | |
| ALLEN E. BALE, M.D., | : | |
| BRIGHAM AND WOMEN'S HOSPITAL, | : | |
| CYNTHIA C. MORTON, PhD., and | : | |
| HARVARD UNIVERSITY MEDICAL SCHOOL | : | |
| | : | |
|    Defendants | : | DECEMBER 30, 2019 |

**DEFENDANTS' YALE UNIVERSITY SCHOOL OF MEDICINE,
RICHARD P. LIFTON, M.D., and ALLEN E. BALE, M.D.
RESPONSE TO PLAINTIFF'S "SUPPLEMENTAL REPLY"**

The defendants, Yale University School of Medicine, Richard P. Lifton, M.D., and Allen E. Bale, M.D., hereby reply to the plaintiff's "supplemental reply" to all defendants' motions to dismiss based on *res judicata*, filed on December 17, 2019. (ECF No. 73.)

**I.    The Doctrine of *Res Judicata* Precludes the Plaintiff's Claims Against the Defendants.**

Plaintiff's claim that *res judicata* does not bar this action is premised on the admonition of the Supreme Court that "'*res judicata* does not bar a suit, even if it involves the same course of wrongful conduct as alleged earlier, so long as the suit alleges new facts or a worsening of the earlier conditions,' Landon v. National Screen Service Corp., 349 U.S. 322 (1955)." He claims that this principle applies to the present case. (ECF No. 73, p. 2.)  The short answer to this argument is that the present action does not allege "new facts or a worsening of the earlier conditions."

In fact, the third amended complaint does nothing more than repeat the vague, conclusory allegations contained in the complaints filed by the plaintiff in Rafi v. Yale Univ. School of Med., No. 14-cv-1582 (VAB) (D. Ct. July 27, 2017) and Rafi v. Lifton, No. 18-cv-1161 (CM) (S.D.N.Y. March 23, 2018).  In those earlier cases, Dr. Rafi alleged that he had attempted numerous times to gain employment in the field of cytogenetics and that the defendants' have conspired to prevent his attempts to gain employment.  The complaint in the present action makes the same allegations, and is devoid of new facts or a worsening of the earlier conditions.  Given that fact, the doctrine of *res judicata* does apply in this matter as articulated in the defendants' motion to dismiss plaintiff's third amended complaint.  (ECF No. 65.)

## II.     Conclusion

For the foregoing reasons, as well as those reasons stated in the Memorandum of Law in Support of Defendants' Motion to Dismiss, the defendants' Motion to Dismiss should be granted.

```
                              THE DEFENDANTS,
                              YALE UNIVERSITY SCHOOL OF
                              MEDICINE, RICHARD P. LIFTON,
                              M.D., and ALLEN E. BALE, M.D.

                         BY:   /s/ Patrick M. Noonan (#ct00189)
                              Patrick M. Noonan
                              Donahue, Durham & Noonan, P.C.
                              741 Boston Post Road
                              Guilford, CT 06437
                              (203) 458-9168
```

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan